IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-cr-00026-4 |
| : | |
| SHARIF JACKSON : | |

**ORDER**

**AND NOW**, this 12th day of January, 2024, upon consideration of (1) the following motions filed by Defendant Sharif Jackson: (a) Motion for Disclosure of Exculpatory Evidence, *see* ECF No. 130; (b) Motion to Compel Discovery, *see* ECF No. 131; (c) Motion for Government Agents to Retain Rough Notes, *see* ECF No. 132; (d) Motion for Early Production of Jencks Material, *see* ECF No. 133; (e) Motion to Join in Pretrial Motions Filed by Co-Defendants, *see* ECF No. 134; (f) Motion for Bill of Particulars, *see* ECF No. 135; (g) Motion *in Limine* to Bar Admission of all 404(b) Evidence, *see* ECF No. 159; (h) Motion *in Limine* to Exclude Other Crimes Evidence Under Rule 403 and Rule 404(b), *see* ECF No. 160; (i) Motion for Severance, *see* ECF No. 161; (j) Motion for a *Daubert* Hearing, *see* ECF No. 162; (k) Motion to Identify Co-Conspirator's Statements, *see* ECF No. 170; (l) Motion for Government's Expert Witnesses' Written Summaries, *see* ECF No. 171; (m) Motion to Extend the Filing Deadline for Additional Pretrial Motions, *see* ECF No. 180; and (n) Motion to Suppress Evidence from the Search Warrant for Defendant's Cell Phones, *see* ECF No. 211; (2) the Government's responses to all but two of Defendant's motions, *see* ECF Nos. 186, 209, 213; and (3) the evidence and arguments of counsel presented during an evidentiary hearing held on Defendant's pretrial motions on December 12,

2023; and for the reasons set forth in the separately filed memorandum opinion, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion for Disclosure of Exculpatory Evidence (ECF No. 130) is **DENIED AS MOOT**;

2. The Motion to Compel Discovery (ECF No. 131) is **DENIED AS MOOT**;

3. The Motion for Government Agents to Retain Rough Notes (ECF No. 132) is **DENIED**;

4. The Motion for Early Production of Jencks Material (ECF No. 133) is **DENIED AS MOOT**;

5. The Motion to Join in Pretrial Motions Filed by Co-Defendants (ECF No. 134) is **DENIED**;

6. The Motion for Bill of Particulars (ECF No. 135) is **DENIED**;

7. The Motion *in Limine* to Bar Admission of all 404(b) Evidence (ECF No. 159) is **DENIED**;

8. The Motion *in Limine* to Exclude Other Crimes Evidence Under Rule 403 and Rule 404(b) (ECF No. 160) is **DENIED**;

9. The Motion for Severance (ECF No. 161) is **DENIED**;

10. The Motion for a *Daubert* Hearing (ECF No. 162) is **DENIED WITHOUT PREJUDICE**;

11. The Motion to Identify Co-Conspirator's Statements (ECF No. 170) is **DENIED AS MOOT**;

12. The Motion for Government's Expert Witness Written Summary (ECF No. 171) is **DENIED AS MOOT**;

13. The Motion to Extend the Filing Deadline for Additional Motions (ECF No. 180) is **DENIED**; and

14. The Motion to Suppress Evidence from the Search Warrant for Defendant's Cell Phones (ECF No. 211) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge